IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW FILBERTO                    :
BRUCE-MILLER,                       :
      Petitioner              :
                                :
   v.                   :        CIVIL NO. 4:CV-04-2585
                                :
                                :        (Judge Jones)
DEPARTMENT OF HOMELAND              :
SECURITY,                           :
      Respondent              :

## ORDER

May **20** , 2005

## Background

    Matthew Filberto Bruce-Miller ("Petitioner" or "Bruce-Miller"), a detainee of the Bureau of Immigration and Customs Enforcement ("BICE") presently confined at the Pike County Prison, in Lords Valley, Pennsylvania, filed this pro se Petition for Writ of Habeas Corpus ("the Petition") pursuant to 28 U.S.C. § 2241.  The required filing fee has been paid.  Service of the petition was previously ordered.

    Presently pending before the Court is Respondent's motion (doc. 8.) requesting that this action be consolidated with a similar § 2241 petition initiated by the Petitioner, Miller v. Ashcroft, Civil No. 1:04-CV-2802.  By Memorandum and Order dated April 1, 2005,  Bruce-Miller's other habeas petition was denied by Judge Rambo of this Court.  In light of the dismissal of Petitioner's second action, the

motion to consolidate will be denied.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1.    Respondent's Motion to Consolidate (doc. 8) is denied.

John E. Jones III
United States District Judge